E-FILED
Wednesday, 22 October, 2008  04:27:01 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| BRIAN HILVETY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-CV-2188 |
| R.A. MITCHELL and ARLIE ALEXANDER, | ) |
| Defendants. | ) |

## ORDER

A Report and Recommendation (#9) was filed by Magistrate Judge David G. Bernthal in the above cause on September 30, 2008. On October 14, 2008, Plaintiff Brian Hilvety filed his Objection to Report and Recommendation (#10). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#9). This court agrees that Plaintiff's Motion to Remand (#4) should be DENIED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#9) is accepted by this court.

(2) Plaintiff's Motion to Remand (#4) is DENIED.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 22nd day of October, 2008

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE