UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

---

| | |
|---|---|
| BRIAN HILVETY, ) | |
| ) | |
| Plaintiff, ) | |
| v.  ) | Case No. 08-CV-2188 |
| ) | |
| R.A. MITCHELL, and ) | |
| ARLIE ALEXANDER, ) | |
| ) | |
| Defendants. ) | |

## ORDER

A Report and Recommendation (#12) was filed by Magistrate Judge David G. Bernthal in the above cause on October 24, 2008. On November 10, 2008, Plaintiff, Brian Hilvety, filed his Objection to Report and Recommendations (#13). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#12). This court agrees that the United States' Motion to Dismiss (#5) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#12) is accepted by this court.

(2) United States' Motion to Dismiss (#5) is GRANTED and Plaintiff's case is dismissed with prejudice.

(3) This case is terminated.

ENTERED this 13th day of November, 2008

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE